

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GILBERT CLAY | DOCKET NO. 06-CV-0464, SEC.P |
| VERSUS | JUDGE TRIMBLE |
| T. W. THOMPSON, ET AL | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED, sua sponte,** under 28 U.S.C. §1915(e)(2)(B)(i) **as frivolous.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of November, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE